U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 2 2 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DIVISION Atlanta
(USAO 2006R00642)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Clayton

DISTRICT COURT NO. 1:06-CR-252

MAGISTRATE CASE NO. _____

__ Indictment     X Information     __ Magistrate's Complaint

DATE:             DATE: May 22, 2006             DATE:

UNITED STATES OF AMERICA
vs.
MARVIN CAMPBELL

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
__ Felony     X Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____     Issued by: _____

IS IN CUSTODY:

4. X On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   __ Federal     __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes     __ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE:
JUDGE:
A.U.S.A.: CANDISS L. HOWARD
DEFT'S ATTY:

DAVID E. NAHMIAS
UNITED STATES ATTORNEY
BY: CANDISS L. HOWARD
Assistant United States Attorney

DATE: May 22, 2006

cc: Orig - Court file
    Copy - U.S. ATTORNEY
    Copy - Defense Attorney